IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STERLING D. BROWN                                                                               PLAINTIFF

VS.                                             CASE NO. 05-CV-1068

AMERICA'S CAR-MART, INC.                                                            DEFENDANT

# JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of the Defendant America's Car-Mart, Inc. (Doc. No. 27). Plaintiff Sterling D. Brown has filed a response. (Doc. No. 32). Defendant has filed a reply to Plaintiff's response. (Doc. No. 35). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted**. Plaintiff Sterling D. Brown's claims against Defendant America's Car-Mart, Inc. are hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 21st day of February, 2007.

                                            /s/Harry F. Barnes
                                           Hon. Harry F. Barnes
                                           United States District Judge